# United States District Court

<u>    WESTERN    </u> **DISTRICT OF** <u>    NEW YORK    </u>

UNITED STATES OF AMERICA

v.

JASON RICHARD STONE

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-M- *4042*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between in about February 2007 through on or about May 31, 2007, in the Western District of New York, the defendant knowingly used an interstate facility to attempt to persuade, induce or entice another individual under 18 years of age to engage in any sexual activity for which the person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     (✔) Yes     ( ) No

_____
ALBERT W. ZENNER, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>June  8  , 2007             </u>    at    <u>Rochester, New York        </u>
Date                                                     City and State

<u>HON. CHARLES J. SIRAGUSA        </u>            _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

07-MJ-4042

## AFFIDAVIT IN SUPPORT
## OF A CRIMINAL COMPLAINT

Albert W. Zenner, being duly sworn deposes and says:

1.  I am a Special Agent of the Federal Bureau of
Investigation ("FBI") and have been so employed since September
2, 1997, duly appointed according to law and acting as such.

2.  I am presently assigned to the Rochester, New York,
Resident Agency of the FBI and I am currently assigned to
investigate, among other things, crimes against children
including those which prohibit a person from utilizing a facility
of interstate or foreign commerce to persuade, induce or entice a
minor to engage in any sexual activity for which any person can
be charged with a crime, or to attempt to do so, in violation of
Title 18, United States Code, Section 2422(b).

3.  The statements contained in this affidavit are based on
information provided by employees of the Gates Police Department
(GPD) and on my experience and background as a Special Agent of
the FBI.  Since this affidavit is being submitted for the limited
purpose of securing a complaint, I have not included each and
every fact known to me concerning this investigation.  I have set
forth only the facts that I believe are necessary to establish
probable cause to believe that there have been violations of
Title 18, United States Code, Section 2422(b).

4.   By way of background, the GPD has a Criminal Investigations Unit supervised by Lieutenant Gordon T. Whitehair which, among other things, investigates crimes against children.

5.   On May 31, 2007, the GPD received a complaint from a parent (hereinafter "Complainant"), that on May 30, 2007 she had checked a file folder on her home computer containing her daughter's Instant Message (IM) conversations.  Complainant indicated that she had found pages of messages between her daughter (hereinafter "Victim"), date of birth xx/xx/1990, and JASON RICHARD STONE (hereinafter "STONE"), date of birth xx/xx/1981.  Complainant stated that the IM's led her to believe that Victim and STONE were involved in a sexual relationship. Complainant stated that STONE is an employee of the Gates Fire Department (GFD) and that the Victim was in the GFD Explorer Program.  Complainant then provided the GPD investigator with copies of the IM conversations between STONE and Victim.  A copy of the IM conversations dated April 9, 2007, and April 10, 2007 is attached hereto as Exhibit A.

6.   Victim was then interviewed by the GPD investigator on May 31, 2007.  At that time, Victim indicated that in or around February 2007, STONE began to pay a lot of attention to her by asking questions about her personal life to include what kind of

2

underwear she wore.  Victim also stated that STONE had told her

that if she were nine years older that he would date her.  Victim

stated that she liked it when STONE flirted with her and gave her

attention.  Victim stated that she and STONE talked a lot online

and that STONE used his GFD e-mail account under the name

GFDStoney.  Victim stated that after approximately a month of

online chatting, STONE began to get sexually aggressive in their

conversations.  Victim stated that she was not sexually

experienced and told STONE that she was new with sexual

conversations.  Victim stated that during her Spring break from

school, which was from April 9 to April 13, 2007, she met STONE

at the GFD on Chili Avenue.  Victim stated that STONE then took

her to his home at 53 Lori Lane and kissed her when they got

inside the door and admitted that she kissed him back.  Victim

stated that a day or two later she went back to the GFD, that she

went to STONE's office and they kissed for several minutes while

in the office.  Victim stated that on April 13, 2007 she again

went to the GFD.  Victim stated that STONE took her to "run

errands" but again they went to his house.  Victim and STONE went

to the computer room and began kissing.  Victim stated that they

ended up kneeling on the floor.  Victim stated that STONE took

down her pants and underwear and put his fingers in her vagina.

Victim also stated that STONE lifted her shirt and bra and looked

at her breasts.  Victim stated that STONE unzipped his pants and

pulled out his penis and began to masturbate.  Victim stated that
STONE stated "just do it like this" and she then masturbated him
until he ejaculated on her stomach.  Victim stated that STONE
retrieved a "Tony Stewart" blanket off a chair in the computer
room and gave it to her to wipe off his semen from her stomach.
Victim and STONE drove back to the GFD.  Victim then stated that
in May 2007, she and STONE went to the 7-11 on Elmgrove Road and
that STONE took victim's hand and placed it on his penis over his
pants and said, "you know you want this".  Victim stated that she
and STONE went to his office at GFD Company 1, on Chili Avenue.
Victim stated that once in the office they began to make out and
then she sat down and STONE stood in front of her.  STONE pulled
down Victim's pants and underwear and he put his fingers inside
her vagina and fondled her breasts.  Victim stated STONE then
unzipped his pants and took his penis out and she masturbated him
until he ejaculated on the front of her sweatshirt.  Victim also
stated that STONE had sent her a photograph of his penis and she
has sent him a head shot where she was wearing a bra.  Victim
stated that the photo of STONE's penis was still on her home
computer.

     7.  On May 31, 2007, the GPD investigator, along with
Lieutenant Whitehair, interviewed STONE in his office at the GFD
Company 1.  STONE initially denied any type of relationship with

4

the Victim other than working at the GFD Fire house.  STONE denied having any inappropriate conversations with Victim via e-mail, IM or phone calls.  STONE denied that Victim was ever in his home.  However, later during the interview process, STONE admitted that the Victim may have been to his home once but stayed in the doorway while he "grabbed his lunch".  STONE then admitted that he and the Victim mutually flirted with each other when in his office.  STONE then admitted that he and the Victim kissed and touched each other on their private areas and that Victim had masturbated him twice.  STONE admitted that he ejaculated both times on the Victim and that she cleaned herself with her shirt.  STONE admitted that the masturbation took place at his home and in his office.  STONE admitted that he had sexually graphic conversations with the Victim online.  STONE apologized for initially lying to the investigators saying that he did not want to lose his job at the GFD.  STONE provided a signed statement and provided consent to the investigators to search his personal computer at home.  On that same day, GPD investigators followed STONE to the GPD where STONE left his vehicle.  The GPD investigators and STONE then drove to the STONE's residence at which time STONE signed a consent to search form allowing the GPD investigators to search his personal computer.  A GPD Sergeant responded to STONE's residence and photographed and seized the personal computer.  STONE was then

transported back to the GPD where he was processed.


8.   The GPD investigators also obtained a signed consent to search form for STONE's work computer from the GFD Chief James Harrington.  A GPD Sergeant responded to secure and photograph STONE's GFD work computer.


9.   On June 1, 2007, Jason Crawford, GPD Information Technology/Computer Forensics Officer, began a forensic analysis on the GFD District computer Tag #007014, Model#PC Clone. Crawford completed a cursory search of the local folder for user "jstone".  This folder was the user directory of STONE for his GFD network account.  The search revealed temporary internet files directly related to the web browsing of pornographic materials.  Upon reviewing a sample of these files Crawford found pornography and pictures of young persons, some of which were semi-nude or nude.  An external USB hard drive was used to copy the data found on this computer.


10.  On June 4, 2007, Crawford began a forensic analysis on a computer used by the Victim and owned by the Complainant. Crawford was advised that Complainant had provided consent to search the computer as well as provided GPD with usernames and passwords to all of the Victim's internet and e-mail accounts.

6

Crawford logged into the Victim's AOL e-mail account to retrieve
e-mail sent by STONE to the Victim.  The e-mail inbox contained
two messages dated April 9, 2007 from Stoney80@rochester.rr.com.
This is the personal e-mail account for STONE at the GFD.  Both
e-mails had picture attachments.  One was a head shot photo of
STONE and the second message had an attached photo of STONE's
erect penis.  Crawford then reviewed the Victim sent items folder
and found three e-mail messages sent to Stoney80@rochester.rr.com
These three messages included photos of the Victim.  Two of the
photos were of herself in a lime green bikini top or bra.  The
third photo was the Victim fully clothed.  Screenshots and copies
of the e-mails were saved electronically and printed for
evidence.  The email was moved to the saved folder in the AOL e-
mail account so that it would not be deleted by the service
provider.  Additionally, the AOL e-mail password for the Victim's
account was changed so that the e-mail could not be tampered with
remotely.

11.  Crawford then conducted a search of the Victim computer
and found a folder containing AOL messenger logs.  Among these
log files were the log of chat conversations with the user
GFDStoney (STONE).  Further review of these logs showed multiple
conversations in which STONE requests sexually explicit pictures
and activity from the Victim.  Contained in this log is a chat

from April 9, 2007, in which the photos found in the AOL e-mail accounts from STONE and the Victim are discussed.  Crawford also copied the file folders containing photos stored by the Victim on this computer.  Among these photos were photos of the Victim and photos of STONE, including a photo STONE had sent the Victim via e-mail.

12.  On June 4, 2007, Crawford began a forensic analysis on a Dell Inspiron 6000 laptop Service Tag# 81LTN71, which had been turned over to the GPD by STONE with consent to search.  Crawford completed the cursory search for the user account "Jason".  The protected storage log revealed that STONE had used the Auto complete function of Microsoft Windows XP to store past search entries.  A log of these entries shows active searches for "preteen", "young" and "14yo" material as well as pornographic search terms.  Crawford completed a full recovery of deleted and lost files from clusters on the hard drive.  This recovery found thousands of clustered file remains.  Crawford copied a sample of these recovered files to an external hard drive and then completed a cursory review for inappropriate content.  Found within these recovered files were many images suggesting internet browsing of teen and preteens by the defendant.  These images contained minors engaged in sexual acts or posing in suggestive ways.

8

13.   Based on the foregoing, there is probable cause to believe that JASON RICHARD STONE has committed violations of Title 18, United States Code, Section 2422(b), which prohibits a person from utilizing a facility or means of interstate or foreign commerce to persuade, induce or entice a minor to engage in any sexual activity for which any person can be charged with a crime, or to attempt to do so, and it is respectfully requested that the Court issue a criminal complaint against JASON RICHARD STONE.

ALBERT W. ZENNER
Special Agent
Federal Bureau of Investigation

Sworn to before me this
8  day of June 2007.

HON. CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE

9

# EXHIBIT A

onday, April 09, 2007

:08 AM

    **GFDStoney:** What are u wearing???

is GANKSTERR: shorts and a tee

**GFDStoney:** Thongs???? Bra?

XJ is GANKSTERR: yeah those to

**GFDStoney:** U wear a bra this early in the morning

XJ is GANKSTERR: im leaving in like 30 mins

**GFDStoney:** where u going

XJ is GANKSTERR: grandmas house =(

**GFDStoney:** sounds like fun

XJ is GANKSTERR: ew yeah probably not

XJ is GANKSTERR: haha

**GFDStoney:** are u going to take my pic before u go

XJ is GANKSTERR: eh i dont know

**GFDStoney:** why not

XJ is GANKSTERR: nice of you to respond to my email like 09347097 days ago

**GFDStoney:** what are u talking about

XJ is GANKSTERR: about Career Day

**GFDStoney:** OHHH

XJ is GANKSTERR: yeahh

**GFDStoney:** Nice of u to take the pic I asked for

XJ is GANKSTERR: ouch ouch

**GFDStoney:** do u got your cam right there

XJ is GANKSTERR: what about the pic on my myspace?

XJ is GANKSTERR: i got a new one

**GFDStoney:** u can take it and send it real fast before u go

**GFDStoney:** I didn't see it

**GFDStoney:** sonic wall is back up

XJ is GANKSTERR: ah well

XJ is GANKSTERR: anddddd i got a new myspace song

**GFDStoney:** wow

**GFDStoney:** so take a hot pic

XJ is GANKSTERR: i know i know

**GFDStoney:** right now and send it to me

**GFDStoney:** NOW

XJ is GANKSTERR: and if i dont....?

**GFDStoney:** I'll be really sad

**GFDStoney:** and be pissy with u for the rest of the day

XJ is GANKSTERR: you never talk to me anyway, you said it was childish or something for you to be on meebo

**GFDStoney:** i never said that

**GFDStoney:** I saw u here the other day

**GFDStoney:** can't stop and say hi

XJ is GANKSTERR: i had to drop off something to my mom then i had to leave

XJ is GANKSTERR: i wanted to but my grandma said no

XJ is GANKSTERR: and please tell me joe didnt really cut his hair like that

**GFDStoney:** isn't it ugly

XJ is GANKSTERR: yeah its HIDEOUS.

XJ is GANKSTERR: idk how his girlfriend let him do that

**GFDStoney:** yeah

**GFDStoney:** so

**GFDStoney:** are u taking the pic

XJ is GANKSTERR: what do you think

**GFDStoney:** NO

**GFDStoney:** u talk tough
**GFDStoney:** never any action
**GFDStoney:** hello
U is GANKSTERR: hi
**GFDStoney:** so take it
**GFDStoney:** it's not hard
**GFDStoney:** hopefully it will make me hard
U is GANKSTERR: cute
**GFDStoney:** will u please do it
U is GANKSTERR: hold on
**GFDStoney:** dont wanna
**GFDStoney:** hello
**GFDStoney:** what the fuck
**GFDStoney:** where ae u
U is GANKSTERR: can you give me 2 seconds? my comps freezing
**GFDStoney:** fine
U is GANKSTERR: I took your damn picture, now i gotta upload it
**GFDStoney:** OK
**GFDStoney:** what were u wearing in it???
**GFDStoney:** Nothing I hope
**GFDStoney:** did u pull your shirt up
U is GANKSTERR: nope
**GFDStoney:** why
U is GANKSTERR: you didnt say what you wanted the pic to be
U is GANKSTERR: you never do
**GFDStoney:** i didn't know i had to tell u
U is GANKSTERR: yeah
U is GANKSTERR: i dont take hints very well
**GFDStoney:** i see that
**GFDStoney:** i would like to see visable boob
U is GANKSTERR: ok ok ill take it later
**GFDStoney:** NO do it now
**GFDStoney:** let me see the one u took
**GFDStoney:** can u please do it soon
**GFDStoney:** maybe one with visable boob and some crotch
**GFDStoney:** thongs
**GFDStoney:** panties
**GFDStoney:** take a bunch of hot ones
U is GANKSTERR: ugh i will later!
U is GANKSTERR: i still show you the one i took now, your not gonna like it
U is GANKSTERR: then i gotta go
**GFDStoney:** Please do it now
**GFDStoney:** please
**GFDStoney:** please
U is GANKSTERR: i cant my grandmas here
**GFDStoney:** so
**GFDStoney:** have her take it
U is GANKSTERR: oh yeah thats not gonna work
U is GANKSTERR: sicko
**GFDStoney:** send me the one u have

**GFDStoney:** I wanted to get wit' 'i today
**GFDStoney:** maybe a handjob
AJ is GANKSTERR: ill come tomarow
**GFDStoney:** the question is will i cum tomorrow
AJ is GANKSTERR: haha we'll see
**GFDStoney:** send mm ethe first pic
AJ is GANKSTERR: i cant find the damn cord thing
AJ is GANKSTERR: whose going with you for Career Day?
**GFDStoney:** FIND IT
AJ is GANKSTERR: i dont know where it is!
**GFDStoney:** Don't know yet
AJ is GANKSTERR: who do you want to take
**GFDStoney:** NO one
**GFDStoney:** i want the pic first
AJ is GANKSTERR: i cant find the freaking cord
**GFDStoney:** U better fucking find it
AJ is GANKSTERR: wlel i have to fucking leave
AJ is GANKSTERR: ill look for it when i get home
AJ is GANKSTERR: i have to go
**GFDStoney:** its always something with u
AJ is GANKSTERR: please tell me your fucking joking
**GFDStoney:** I am
**GFDStoney:** bye
**GFDStoney:** when will u be home
AJ is GANKSTERR: im not sure,
**GFDStoney:** Fine
**GFDStoney:** bye
**GFDStoney:** bye
**GFDStoney:** bye
AJ is GANKSTERR: you are a mess you know that?
**GFDStoney:** bye
AJ is GANKSTERR: bye
**GFDStoney:** I'm no mess
AJ is GANKSTERR: oh you are
**GFDStoney:** :-*
AJ is GANKSTERR:

       haha byee   :-*

**!:57 PM**

**GFDStoney:** hey
**GFDStoney:** am i talking
AJ is GANKSTERR: hey, my comps freezing
AJ is GANKSTERR: like always
**GFDStoney:** its always something with you
AJ is GANKSTERR: why do you say that?
AJ is GANKSTERR: my comp really is freezing
AJ is GANKSTERR: and no i didnt do the pics yet.
**GFDStoney:** are u going to do them today???
AJ is GANKSTERR: im not sure
**GFDStoney:** i checked your myspace
AJ is GANKSTERR: did you

History for GFDStoney

**GFDStoney:** please
**GFDStoney:** no new pic
U is GANGSTERR: yes new pic
U is GANGSTERR: its not the default
**GFDStoney:** ohhhh
**GFDStoney:** please take the pics
**GFDStoney:** or u will have a bad day tomorrow
U is GANGSTERR: who said i was gonna be with you tomarow?
**GFDStoney:** fine
U is GANGSTERR: i mighthang with Joe
U is GANGSTERR: [ ]
**GFDStoney:** why do u try to piss me off
U is GANGSTERR: it dosent take much
**GFDStoney:** send me the first pic
U is GANGSTERR: it was bad
**GFDStoney:** stoney80@rochester.rr.com
U is GANGSTERR: hold on my comps about to freeze again
**GFDStoney:** hello
U is GANGSTERR: hi
**GFDStoney:** u back
U is GANGSTERR: yeah
**GFDStoney:** did u send it
U is GANGSTERR: not yet
U is GANGSTERR: yourenot gonna like it
**GFDStoney:** better then nothing
**GFDStoney:** u can take the other ones now
U is GANGSTERR: oh can i?
U is GANGSTERR: haha
**GFDStoney:** it would be nice
**GFDStoney:** are u going to cum over here tomorrow???
U is GANGSTERR: haaha
U is GANGSTERR: idk
**GFDStoney:** hahaha WHAT
**GFDStoney:** I'M HOME
U is GANGSTERR: you left early
U is GANGSTERR: wow
**GFDStoney:** WOW WHAT
U is GANGSTERR: wow nothing
**GFDStoney:** send the pic and i'll send u one
U is GANGSTERR: do you know what my email is?
U is GANGSTERR: and is it clean?
U is GANGSTERR: ja
U is GANGSTERR: ha*
**GFDStoney:** i"ll reply to yours
**GFDStoney:** do u want it clean
U is GANGSTERR: yeah im thinkin it better be clean
U is GANGSTERR: mines a horrible pic tho
**GFDStoney:** why
U is GANGSTERR: you dont want it, its bad
**GFDStoney:** stop playing games
U is GANGSTERR: hold on i gotta sign in

**GFDStoney:** yeah

XJ is GANKSTERR: mhmm

**GFDStoney:** did u send

**GFDStoney:** hi

**GFDStoney:** hello

**GFDStoney:** what

**GFDStoney:** where

XJ is GANKSTERR: yeah just sent it

**GFDStoney:** sure u did

XJ is GANKSTERR: would i lie to you?

**GFDStoney:** yes

XJ is GANKSTERR: oh im hurt.

**GFDStoney:** its not there

**GFDStoney:** where did u send it

XJ is GANKSTERR: i sent it to stoney80 or whatever you went me

XJ is GANKSTERR: sent*

**GFDStoney:** NEVER GOT IT

**GFDStoney:** \try again

XJ is GANKSTERR: ok ok ok

**GFDStoney:** what the fuck

XJ is GANKSTERR: ok i sent it again.

**GFDStoney:** sure u did

XJ is GANKSTERR: omg shut up i swear i did

**GFDStoney:** Right

**GFDStoney:** stoney80@rochester.rr.com

XJ is GANKSTERR: thats what i sent it to

XJ is GANKSTERR: i copied and pasted it

**GFDStoney:** no

XJ is GANKSTERR: how are you gonna tell me what i sent it to

**GFDStoney:** it isn't there

**GFDStoney:** try smokeeater80@msn.com

XJ is GANKSTERR: bhaha cute

**GFDStoney:** yeah

**GFDStoney:** its @hotmail.com

**GFDStoney:** not msn

**GFDStoney:** u heard

XJ is GANKSTERR: yesss!

XJ is GANKSTERR: ok got it

XJ is GANKSTERR: im trying to upload it again

XJ is GANKSTERR: and this comuter cuks

XJ is GANKSTERR: sucks*

**GFDStoney:** hurry

XJ is GANKSTERR: check your stoney80 one again

**GFDStoney:** got it

**GFDStoney:** it's not to bad

XJ is GANKSTERR: its gross

XJ is GANKSTERR: dont lie

**GFDStoney:** sent

**GFDStoney:** will u take some more for me

**GFDStoney:** u know what i want

**GFDStoney:** please

AJ is GANKSTERR: maybe

**GFDStoney:** please

AJ is GANKSTERR: probably

**GFDStoney:** it'll mean a lot to me

AJ is GANKSTERR: yeah im sure

**GFDStoney:** u know what i want

AJ is GANKSTERR: i do

AJ is GANKSTERR: i might

**GFDStoney:** u might what

**GFDStoney:** ??????????????????/

AJ is GANKSTERR: IF you  get a pic, its not gonna be a full nood

**GFDStoney:** why

AJ is GANKSTERR: because im not comfortable with it?

**GFDStoney:** i sent u two pic

**GFDStoney:** pic two u wuill like

**GFDStoney:** but don't open around parents

**GFDStoney:** topless???

AJ is GANKSTERR: lmao did you send me noodz?

AJ is GANKSTERR: ah haha you did!

**GFDStoney:** a nude part

AJ is GANKSTERR: thats so sick

AJ is GANKSTERR: ah haha

AJ is GANKSTERR: i dont think i wanna open it

AJ is GANKSTERR: ahaha

**GFDStoney:** u can

**GFDStoney:** i'll take anything u want me to'

AJ is GANKSTERR: you really sent me a nood?

AJ is GANKSTERR: bhaha

**GFDStoney:** u tell me

**GFDStoney:** hello

AJ is GANKSTERR: im here

**GFDStoney:** what did u think

AJ is GANKSTERR: i didnt open it yet

AJ is GANKSTERR: im in the process of it, haha damn comp keeps freezing

**GFDStoney:** why arent u talking

AJ is GANKSTERR: the comp keeps freezingg up on me

**GFDStoney:** hello

AJ is GANKSTERR: hiiiiiii

**GFDStoney:** did u see

AJ is GANKSTERR: i saw the frist one.

**GFDStoney:** what one was that'

AJ is GANKSTERR: um your wearing red.

**GFDStoney:** u  like it

AJ is GANKSTERR: i doo

**GFDStoney:** a lot

**GFDStoney:** do i look hot

AJ is GANKSTERR: mhmm

AJ is GANKSTERR: how come you dont wear an earing now?

**GFDStoney:** GFD wont let me

**GFDStoney:**

did that pic turn u c

**GFDStoney:** hello

u is GANKSTERR: ew really? that sucks. haha a little...

**GFDStoney:** did u look at the second one

**GFDStoney:** ?????

u is GANKSTERR: no not yet

u is GANKSTERR: is it really a nood?

**GFDStoney:** i might be

**GFDStoney:** will u take some for me

**GFDStoney:** today

u is GANKSTERR: im not sure

**GFDStoney:** my dick is hard

**GFDStoney:** please\

u is GANKSTERR: no im not not right now

**GFDStoney:** not what

u is GANKSTERR: im not going to right now

**GFDStoney:** when

u is GANKSTERR: idk later

**GFDStoney:** what is your problem

u is GANKSTERR: i dont have one.

**GFDStoney:** are we going to get together tomorrow

u is GANKSTERR: do you want to?

**GFDStoney:** if i get my pic today

u is GANKSTERR: and if yoou dont get it we arent getting together

**GFDStoney:** IDK

u is GANKSTERR: i think were getting together wether you get that pic or not

**GFDStoney:** are u gonna make me cum

u is GANKSTERR: thats a possibilty

**GFDStoney:** with your mouth

u is GANKSTERR: possibly

u is GANKSTERR: what happened to your profile?

**GFDStoney:** make me cum now

u is GANKSTERR: i dont know

u is GANKSTERR: what happened to your profile?

**GFDStoney:** tell me some hot stuff

u is GANKSTERR: like what, im bad at this

**GFDStoney:** tell me what u want to do if we were together

u is GANKSTERR: umm

u is GANKSTERR: we would do whatever you wanted to

**GFDStoney:** like what

u is GANKSTERR: possibly B.J.

**GFDStoney:** and

u is GANKSTERR: and maybe we would go all the way

**GFDStoney:** cum on baby

**GFDStoney:** u can do better

u is GANKSTERR: thats all i got

u is GANKSTERR: right in your office

**GFDStoney:** cum on

u is GANKSTERR: and in the storage office.

u is GANKSTERR: =)

u is GANKSTERR: but i have to go, dinner

IM History for GFDStoney

:U is GANKSTERR:    bye

**7:00 PM**

       **GFDStoney:** well well well

:U is GANKSTERR: hi

       **GFDStoney:** how was dinner

:U is GANKSTERR: eh

:U is GANKSTERR: i like profile.

:U is GANKSTERR: =)

       **GFDStoney:** thats good

       **GFDStoney:** see u ask me to do something and i do it

:U is GANKSTERR: i took your picture.

       **GFDStoney:** well

:U is GANKSTERR: its on my phone

       **GFDStoney:** thats not a good place for it

:U is GANKSTERR: and why not

       **GFDStoney:** cuz u cant send it

:U is GANKSTERR: true true

:U is GANKSTERR: you can see it tomaro tho?

       **GFDStoney:** i want it now

:U is GANKSTERR: ok

       **GFDStoney:** ok

:U is GANKSTERR: ill go do that

       **GFDStoney:** im sure u will

:U is GANKSTERR: ok brb

       **GFDStoney:** ok

:U is GANKSTERR: dont IM me, ill IM you when i get back

:U is GANKSTERR: ok?

       **GFDStoney:** why u being like that

:U is GANKSTERR: why am i being like what?

       **GFDStoney:** don't im u

:U is GANKSTERR: i dont want my mom to walk by and have your im pop up

       **GFDStoney:** ok

:U is GANKSTERR: so give me like 5 mins

:U is GANKSTERR: ok

       **GFDStoney:** hi

       **GFDStoney:** i missed u

       **GFDStoney:** :)

:U is GANKSTERR: =)

       **GFDStoney:** :-*

       **GFDStoney:** so

:U is GANKSTERR: im uploading it.

       **GFDStoney:** ok

       **GFDStoney:** I'm excited

:U is GANKSTERR: yeah

       **GFDStoney:** whats wrong

:U is GANKSTERR: i dont feel right giving you the pic, but if you really want it ill send it

       **GFDStoney:** send it

       **GFDStoney:** u got my pics

:U is GANKSTERR: its not that good.

       **GFDStoney:**

**XU is GANGSTERRR:** whats not??

**XU is GANGSTERRR:** the pic im sending

**GFDStoney:** its a start

**GFDStoney:** did u like mine

**XU is GANGSTERRR:** i didnt open the 2nd one.

**GFDStoney:** why not

**XU is GANGSTERRR:** mom was home

**GFDStoney:** ohhhhh

**XU is GANGSTERRR:** and you made it seem like it was a nude, so i didnt wanna open it with her here.

**GFDStoney:** good idea

**GFDStoney:** mom home now

**XU is GANGSTERRR:** yeah

**XU is GANGSTERRR:** shes watching Roco

**XU is GANGSTERRR:** or how ever you spell his name

**GFDStoney:** he's gay

**XU is GANGSTERRR:** mhmm

**XU is GANGSTERRR:** father roco

**XU is GANGSTERRR:** haha

**GFDStoney:** lol

**GFDStoney:** so

**GFDStoney:** let me ask u a question

**XU is GANGSTERRR:** ok

**XU is GANGSTERRR:** btw i sent it

**GFDStoney:** do i turn u on at all

**XU is GANGSTERRR:** sure

**XU is GANGSTERRR:** or course

**XU is GANGSTERRR:** of*

**GFDStoney:** thats a hot pic

**GFDStoney:** u wanna take more

**GFDStoney:** is that your bra

**XU is GANGSTERRR:** can we just leave it at 1 for right now?

**XU is GANGSTERRR:** and yeah

**XU is GANGSTERRR:** its green with yellow polka dots

**GFDStoney:** how about one more

**GFDStoney:** i'll give u one of whatever u want

**GFDStoney:** then u give me one with the boob out and no stpid face

**XU is GANGSTERRR:** i dont know

**XU is GANGSTERRR:** does it have to be right now?

**GFDStoney:** please

**GFDStoney:** wife is working i'm alone

**GFDStoney:** please

**GFDStoney:** please

**GFDStoney:** please

**XU is GANGSTERRR:** i dont like the idea in the first place, and then i gave you that pic, so it might not be a big deal for you, but it is for me

**XU is GANGSTERRR:** and i know i sound like a prude bitch, bu im obviously new at this

**XU is GANGSTERRR:** im sorry, i really am

**GFDStoney:** so u wont do it

**GFDStoney:** please baby

**GFDStoney:** these pics will never leave me

**XU is GANGSTERRR:** can we just leave it at one for today?

**GFDStoney:** if u want

U is GANKSTERR: thank you.

**GFDStoney:** fine

U is GANKSTERR: sorry

**GFDStoney:** open my other pic

U is GANKSTERR: i already signed out

U is GANKSTERR: ill look at it later.

**GFDStoney:** i wish u would  take the other pic

U is GANKSTERR: ill show you the one from my phone

U is GANKSTERR: tomarow obviously.

**GFDStoney:** that doesn't help me now

**GFDStoney:** if u kn ow what i mean

U is GANKSTERR: yeah

U is GANKSTERR: you have to one pic

**GFDStoney:** you have beautiful eyes

U is GANKSTERR: the*

**GFDStoney:** I know i  do

U is GANKSTERR: thanks =)

**GFDStoney:** but one more wont hurt

U is GANKSTERR: i guess

**GFDStoney:** u guess what

U is GANKSTERR: i guess another one wouldnt hurt, but i dont want to take another one.

**GFDStoney:** please it'll mean alot to me

**GFDStoney:** i'll take care of u tomorrow

U is GANKSTERR: what does taking care of me tomarow consist of?

**GFDStoney:** whatever u want

U is GANKSTERR: like what

**GFDStoney:** u tell me what u want for tomorrow

U is GANKSTERR: oh no no no, this is all you

U is GANKSTERR: i want you to tell me whats gonna happen tomarow

U is GANKSTERR: if i had to do this, so do you =)

**GFDStoney:** kissing

**GFDStoney:** licking

**GFDStoney:** helping me stuff bags

**GFDStoney:** :)

U is GANKSTERR: hmm stuff bags?

U is GANKSTERR: go on...

**GFDStoney:** u know fire prevention bags

**GFDStoney:** lunch

**GFDStoney:** driving

U is GANKSTERR: you are going to drive with me

**GFDStoney:** sure

U is GANKSTERR: oh boy

**GFDStoney:** ;)

**GFDStoney:** u liked it last time

U is GANKSTERR: i did

U is GANKSTERR: are you gonna come pick me up again?

**GFDStoney:** u didn't

U is GANKSTERR: i did

**GFDStoney:** do u want me to???

oh of course

XU is GANGSTERR: haha but that probably ..unt happen
**GFDStoney:** why not
**GFDStoney:** i'll tell u mom that i have to check on the dog
XU is GANGSTERR: good plan
**GFDStoney:** do u wanna cum over here
XU is GANGSTERR: as in...
**GFDStoney:** to my house
XU is GANGSTERR: what did you have in mind
**GFDStoney:** nothing
XU is GANGSTERR: you lie
**GFDStoney:** you'll have to take that pic to find out
XU is GANGSTERR: let me ask you this first
XU is GANGSTERR: honestly how far do you want to go.
**GFDStoney:** as far as u do
XU is GANGSTERR: why me, why not melissa? you did say you thought she wsa hot.
**GFDStoney:** IDK I like u
**GFDStoney:** not her
XU is GANGSTERR: good.
XU is GANGSTERR: id have to give you the beat down'
XU is GANGSTERR: =)
**GFDStoney:** whos the guy she likes???
XU is GANGSTERR: her boyfriend
XU is GANGSTERR: Neil
XU is GANGSTERR: is that who your talking about
**GFDStoney:** the firefighter
XU is GANGSTERR: oh oh
XU is GANGSTERR: ill tell you tomarow
XU is GANGSTERR: remind me ill tell you
**GFDStoney:** OK
XU is GANGSTERR: ok
**GFDStoney:** are u going to take the pic
XU is GANGSTERR: i dont really have a choice do i?
XU is GANGSTERR: haha
**GFDStoney:** :)
XU is GANGSTERR: your typing...
XU is GANGSTERR: haha
**GFDStoney:** LOL
**GFDStoney:** show some boob and thong
XU is GANGSTERR: i dont knoooow.
XU is GANGSTERR: it will probably be very similar to the first one
**GFDStoney:** this one u just sent u look so hot
XU is GANGSTERR: thanks.
**GFDStoney:** please show one boob
XU is GANGSTERR: i cant
XU is GANGSTERR: thats awkward
XU is GANGSTERR: ha
**GFDStoney:** no
**GFDStoney:** i'm gonna see them tomorrow
**GFDStoney:** please baby
XU is GANGSTERR: youre going to see my boobs tomarow?

**GFDStoney:** don't make me beg
**GFDStoney:** maybe
**GFDStoney:** roccos done
XJ is GANGSTERR: i know
**GFDStoney:** go do that pic
XJ is GANGSTERR: ill see what i can do
XJ is GANGSTERR: dont be disappointed
**GFDStoney:** don't make me disappointed
XJ is GANGSTERR: k dont IM me until i IM you.
XJ is GANGSTERR: okok
**GFDStoney:** hey
**GFDStoney:** so
**GFDStoney:** how did it go
XJ is GANGSTERR: its pretty much the same
**GFDStoney:** but different
**GFDStoney:** hello
XJ is GANGSTERR: sure
**GFDStoney:** sure what
XJ is GANGSTERR: idk the kodak thing is freezing
**GFDStoney:** NOT GOOD
XJ is GANGSTERR: mhmm
XJ is GANGSTERR: my comp freezes alot
**GFDStoney:** *why*
XJ is GANGSTERR: because its a peice of crap
**GFDStoney:** *thats not nice talk*
XJ is GANGSTERR: its a computer.
**GFDStoney:** *true*
XJ is GANGSTERR: im sure its feelings arent hurt
**GFDStoney:** *they might be*
XJ is GANGSTERR: i doubt it
XJ is GANGSTERR: whats with the font
**GFDStoney:** *what*
XJ is GANGSTERR: how its bold italic and underlined
**GFDStoney:** *i pushed those buttons*
**GFDStoney:** *what are u wearing??*
**GFDStoney:** *u got shorts on*
XJ is GANGSTERR: i do
**GFDStoney:** *i thought so*
**GFDStoney:** *u ever reach down  and rub yourself*
XJ is GANGSTERR: nope.
**GFDStoney:** *why not*
XJ is GANGSTERR: because i never felt the need to
**GFDStoney:** *why*
**GFDStoney:** *do it now*
XJ is GANGSTERR: no thats ok
**GFDStoney:** *i know it is*
**GFDStoney:** *youll like it*
**GFDStoney:** *what are u doing*
XJ is GANGSTERR: the picture
**GFDStoney:** *:)  did u like it when i rubbed it*

**GFDStoney:** *u are typing*

**XU is GANKSTERR:** haha if course. anything you do i like

**GFDStoney:** *good answer*

**XU is GANKSTERR:** i try

**XU is GANKSTERR:** haha kidding

**GFDStoney:** *right*

**XU is GANKSTERR:** whatever

**GFDStoney:** *dont whatever me*

**XU is GANKSTERR:** whatever!

**XU is GANKSTERR:** fine!

**GFDStoney:** *sure*

**GFDStoney:** *OK*

**GFDStoney:** *cum on baby send that pic*

**GFDStoney:** *hey i got a question*

**GFDStoney:** *dddddddd*

**GFDStoney:** *hello*

**XU is GANKSTERR:** im sending it,

**XU is GANKSTERR:** and whats your question

**GFDStoney:** *ok*

**GFDStoney:** *do u shave down south*

**XU is GANKSTERR:** yessir.

**GFDStoney:** *bald*

**XU is GANKSTERR:** im italian, its manditory

**XU is GANKSTERR:** ahaha

**GFDStoney:** *lol*

**XU is GANKSTERR:** why?

**GFDStoney:** *can i see*

**GFDStoney:** *i shave my balls sometimes*

**XU is GANKSTERR:** cute.

**GFDStoney:** *can i see*

**GFDStoney:** *:)*

**XU is GANKSTERR:** maybee =)

**GFDStoney:** *have u ever orgasamed*

**XU is GANKSTERR:** no

**GFDStoney:** *why not*

**XU is GANKSTERR:** ive never done anything to orgasim over, if that makes any sense?

**GFDStoney:** *ohhhhh*

**XU is GANKSTERR:** sad i know

**GFDStoney:** *not sad*

**XU is GANKSTERR:** the most ive ever done is make out, and yeah thats very sad

**GFDStoney:** *kind of sexy   :)*

**XU is GANKSTERR:** i guess? haha

**GFDStoney:** *youve taken sexy pictures*

**XU is GANKSTERR:** i did make out with a girl once

**XU is GANKSTERR:** thats kinda gross

**XU is GANKSTERR:** haha

**GFDStoney:** *what girl*

**XU is GANKSTERR:** her name is Tabitha

**XU is GANKSTERR:** i dont talk to her anymore

**GFDStoney:** *will u do it again*

**XU is GANKSTERR:** if im veryvery drunk

**XU is GANKSTERR:** haha

**GFDStoney:** *ha*

**GFDStoney:** *where is the pic baby girl*

**XU is GANKSTERR:** i just sent it

**XU is GANKSTERR:** baby girl huh?

**GFDStoney:** *better then shit head*

**XU is GANKSTERR:** true true

**XU is GANKSTERR:** i like baby girl.

**GFDStoney:** *thats the same pic*

**XU is GANKSTERR:** no its not

**XU is GANKSTERR:** wait

**XU is GANKSTERR:** i told you there wasnt much differece

**GFDStoney:** *its ok*

**GFDStoney:** *will u rub yourself right now with me*

**XU is GANKSTERR:** i dont think so

**GFDStoney:** *why*

**XU is GANKSTERR:** im sitting in my living room

**XU is GANKSTERR:** tell me again what were gonna do tomarow

**GFDStoney:** *I DON"T KNOW*

**GFDStoney:** *we'll have to see*

**XU is GANKSTERR:** ok ok chill

**GFDStoney:** *chill what*

**XU is GANKSTERR:** you did that in all caps

**GFDStoney:** *SO WHAT*

**XU is GANKSTERR:** idkkk

**GFDStoney:** *:)*

**XU is GANKSTERR:** tell me what you told me earlier.

**XU is GANKSTERR:** about tomarow

**GFDStoney:** *why*

**XU is GANKSTERR:** because i want you to

**XU is GANKSTERR:** nvm

**GFDStoney:** *why*

**XU is GANKSTERR:** nvm i said

**GFDStoney:** *playing golf*

**XU is GANKSTERR:** what?

**GFDStoney:** *i'm playing golf*

**XU is GANKSTERR:** oh ok ill let you go

**GFDStoney:** *i'll talk to u tom*

**XU is GANKSTERR:** ok bye.

**XU is GANKSTERR:** :-*

**GFDStoney:**

**Tuesday, April 10, 2007**

):46 AM

**GFDStoney:** I'm eating garlic parm cheezits
)U is GANKSTERR: they sound nasty
**GFDStoney:** they taste good
**GFDStoney:** my breath is going tobe kicking
)U is GANKSTERR: ew
**GFDStoney:** not as bad as onions
)U is GANKSTERR: yeah but chinesse is always the worse
**GFDStoney:** LOL
)U is GANKSTERR: haha
**GFDStoney:** we are going to go out this afternoon
)U is GANKSTERR: out where
**GFDStoney:** to my house
**GFDStoney:** unless u are scared
)U is GANKSTERR: nope
**GFDStoney:** nope what
)U is GANKSTERR: not scared
**GFDStoney:** i think u are
)U is GANKSTERR: nope nope nope
**GFDStoney:** well see
)U is GANKSTERR: ok ok
**GFDStoney:** what are u going to wear
)U is GANKSTERR: im gonna go with clothes
**GFDStoney:** not at my house
)U is GANKSTERR: ohh really?
**GFDStoney:** are u "excited"????
)U is GANKSTERR: huh, im gonna go with no not right now
)U is GANKSTERR: ha
)U is GANKSTERR: if im "anything" im nervous
**GFDStoney:** why nervous
)U is GANKSTERR: idk i just am
**GFDStoney:** why
**GFDStoney:** answer me damn it
)U is GANKSTERR: i did
)U is GANKSTERR: so chill out
)U is GANKSTERR: jesus
**GFDStoney:** don't give me the bullshit
)U is GANKSTERR: because
)U is GANKSTERR: i just am nervous, i have this feeling were gonna go farther then i want to
**GFDStoney:** scared of the penis
)U is GANKSTERR: nope
**GFDStoney:** how far u wanna go???
**GFDStoney:** blow job
)U is GANKSTERR: im not sure
)U is GANKSTERR: im not sure how far i want to go i mean
**GFDStoney:** NO SEX
)U is GANKSTERR: haha
**GFDStoney:** whats so funny

**GFDStoney:** I wont do that

**GFDStoney:** I'm married

XU is GANKSTERR: im well aware of that

**GFDStoney:** lose the fucking attitude

**GFDStoney:** anal sex maybe

XU is GANKSTERR: i dont have an attitude

**GFDStoney:** so thats a yes to anal

XU is GANKSTERR: if it leads to that we'll see how it goes

**GFDStoney:** so u like anal sex

XU is GANKSTERR: ew idk

**GFDStoney:** are u going to blow me in my office

**GFDStoney:** with the door open

XU is GANKSTERR: whatever

**GFDStoney:** LOSE THE ATTITUDE
BEFORE U GET A BEAT DOWN

XU is GANKSTERR: ay yay

XU is GANKSTERR: i dont have an attitude

XU is GANKSTERR: hello

**GFDStoney:** Stupid ass JOE fucked up our internet

**GFDStoney:** Do u hear me talking

XU is GANKSTERR: yeah yeah

**GFDStoney:** what were we talking about

XU is GANKSTERR: i wasnt talking about anything

**GFDStoney:** fine

**GFDStoney:** bye

**GFDStoney:** bye'

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** bye

XU is GANKSTERR: is my mom in her office?

**GFDStoney:** bye

**GFDStoney:** bye

**GFDStoney:** be

**GFDStoney:** NO

**GFDStoney:** no

**GFDStoney:** no

**GFDStoney:** no

**GFDStoney:** no

**GFDStoney:** no

**GFDStoney:** no

**XU is GANKSTERR:** where is she?
**GFDStoney:** no
**XU is GANKSTERR:** u there?
**GFDStoney:** her
**GFDStoney:** here
**GFDStoney:** her
**GFDStoney:** eehre
**GFDStoney:** r'ehrhr
**GFDStoney:** ehjrh
**GFDStoney:** ehrytre
**GFDStoney:** hrter
**GFDStoney:** ehrrte
**GFDStoney:** are u there
**XU is GANKSTERR:** wheres my mom?
**GFDStoney:** i told
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** i
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** u
**GFDStoney:** u
**XU is GANKSTERR:** no you didnt
**GFDStoney:** Dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** dispatch
**GFDStoney:** :O
**XU is GANKSTERR:** ok
**XU is GANKSTERR:** thanks.
**GFDStoney:** for???
**XU is GANKSTERR:** telling me
**GFDStoney:** telling uwhat
**GFDStoney:** who wants Melissa
**XU is GANKSTERR:** her boyfriend
**XU is GANKSTERR:** Niel
**GFDStoney:** NO
**GFDStoney:** u Know what i mean
**XU is GANKSTERR:** shes a D, everyone wants her.

XU is GANKSTERR: LMAO KIDDING
**GFDStoney:** a D???
XU is GANKSTERR: a D!
**GFDStoney:** whats that
XU is GANKSTERR: your a smart kid you'll figure it out
**GFDStoney:** NO
**GFDStoney:** I'm DUMB
XU is GANKSTERR: D as in between C and DD
**GFDStoney:** OHHH
**GFDStoney:** her boobs
**GFDStoney:** they are nice
**GFDStoney:** but she is no D
XU is GANKSTERR: yeah she is
**GFDStoney:** SURE
XU is GANKSTERR: ask her
XU is GANKSTERR: haha
XU is GANKSTERR: do it you wont
**GFDStoney:** i know i wont
**GFDStoney:** scared
XU is GANKSTERR: thatd be some funny shit tho
**GFDStoney:** yeah
XU is GANKSTERR: uh huh
XU is GANKSTERR: anyway
**GFDStoney:** HELLO
XU is GANKSTERR: hi
**GFDStoney:** When are u cuming here
XU is GANKSTERR: im coming whenever i can get a ride
**GFDStoney:** what do u want to ride on??
XU is GANKSTERR: i would like to ride IN a car
**GFDStoney:** OHH
**GFDStoney:** why u never talk dirty
XU is GANKSTERR: becauseee
XU is GANKSTERR: is my mom still in dispatch?
**GFDStoney:** I don't think so
XU is GANKSTERR: is she in her office
XU is GANKSTERR: hello?